**John M. WELCH, Sr., v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5826.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1932.

Behr & Coolidge, of Detroit, Mich., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Decree of Board of Tax Appeals affirmed in part and reversed in part.